PARIENTE, J.,
concurring in part and dissenting in part.
For the reasons set forth in my concurring in part and dissenting in part opinion in Asay[23] and elaborated on inGaskin,[24] I would grant Bogle a new penalty phase under Hurst.[25]
Accordingly, I dissent from the majority’s conclusion to affirm Bogle’s sentence of death.

. Asay v. State, 210 So.3d 1, 41 Fla. L. Weekly S646, 2016 WL 7406538 (Fla. Dec. 22, 2016).

. Gaskin v. State, 218 So.3d 399, No. SC15-1884, 2017 WL 224772 (slip op. issued Fla. Jan. 19, 2017).

. Hurst v. State (Hurst), 202 So.3d 40 (Fla. 2016); see Hurst v. Florida, — U.S. —, 136 S.Ct. 616, 193 L.Ed.2d 504 (2016).